IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-411-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| STEPHEN CONDON PETERS | ) | |

On the Motion of the United States and for good cause shown, it is hereby ORDERED that the Government's Ex Parte Motion for Amended Post-Indictment Restraining Order, Supplemental Declaration in Support of Amended Restraining Order, Amended Restraining Order, Motion to Seal, and Order Sealing [DE ##24-28] previously sealed in this matter be unsealed.

SO ORDERED. This 9 day of April, 2018.

JAMES C. DEVER, JR.
Chief United States District Judge