UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-411-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEPHEN CONDON PETERS | ) | |

On uncontested motion by the Government, and for good cause shown, it is hereby

ORDERED that the Order restraining assets entered on March 27, 2018 is modified to release from restraint the First Charter Bank account number ending in 6245, subject to the following qualifications:

1. The defendant and Amy Peters shall make expenditures from the First Charter Bank account only for necessary and reasonable expenses relating to the maintenance and rental of the vacation home and rental property located in Coco Bay, Costa Rica and referenced in paragraph vi of the Order of March 27, 2018 [DE-28]; and

2. The defendant and Amy Peters shall provide an accounting to the Government as to the released account on a monthly basis, showing credits and debits to the account, and shall provide a cancelled check or other

1

documentation as to any debit in an amount of $2000.00 or more.

In all other respects, the Order restraining assets entered on March 27, 2018 remains in full force and effect.

SO ORDERED this 9 day of April, 2018.

_____
JAMES C. DEVER, III
Chief United States District Judge

2