IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-411-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEPHEN CONDON PETERS, | ) | |
| | ) | |
| Defendant. | ) | |

On May 23, 2018, Stephen Condon Peters ("Peters") moved to compel the United States to intervene in, and move to stay the foreclosure proceedings that Distressed Asset Solutions, LLC instituted in Wake County Superior Court against the property located at 5237 Theys Road, and for an expedited ruling in light of a foreclosure sale scheduled for May 30, 2018 [D.E. 35, 36]. On May 24, 2018, the United States responded and stated that the hearing scheduled for May 30, 2018, is a "show cause" hearing before the Clerk of Superior Court and not a foreclosure sale. See [D.E. 37]. The United States also stated that it will respond in opposition to the motion to compel within the 14-day time period allowed under Local Criminal Rule 47.1(c). On May 24, 2018, Peters clarified that the proceeding on May 30, 2018, is not a foreclosure sale, but still requested an expedited ruling [D.E. 38]. The United States shall file its response no later than June 1, 2018.

SO ORDERED. This 25 day of May 2018.

JAMES C. DEVER III
Chief United States District Judge