UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-411-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEPHEN CONDON PETERS | ) | |

On motion by the Government, and for good cause shown, it is hereby

ORDERED that the Order restraining assets entered on March 27, 2018 [DE-28], as modified by the Court's Orders of April 9 and 17, 2018 [DE-32 and DE-34], is further modified to include and impose restraint on the following additional asset: a 65% ownership interest in Harris-Peters, LLC, held by MEA COR ET SPERO Trust.

In all other respects, the Order restraining assets entered on March 27, 2018 remains in full force and effect.

SO ORDERED, this **31** day of August, 2018.

JAMES C. DEVER III
Chief United States District Judge

1