UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-411-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| STEPHEN CONDON PETERS, | ) | |

On the motion of the Government, the pretrial order in this matter is hereby modified to allow for the release of $4,340.46, from WoodForest National Bank account number *9013, which is presently subject to restraint pursuant to this Court's prior Order of March 27, 2018, based on the agreement of the parties that such proceeds represent untainted funds that have been deposited into the identified account from the estate of Amy Peters deceased father. The account shall otherwise remain subject to the restraint set forth in the March 27, 2018 restraining order.

SO ORDERED, this the **3** day of October, 2018.

                                            JAMES C. DEVER, III
                                            Chief United States District Judge