IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00411-D

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) |
| | ) |
| STEPHEN CONDON PETERS | ) |

**FINAL ORDER OF FORFEITURE AS TO CERTAIN SUBSTITUTE ASSETS**

WHEREAS, on April 10, 2020, this Court entered an Order Substituting Res forfeiting to the United States the defendant's interest in substitute assets, to wit: $2,300.66 in surplus funds remaining from the Onslow County tax foreclosure action; and $100,687.44 representing sale proceeds from the sale of 730 Court Street, Jacksonville, Onslow County, North Carolina;

AND WHEREAS, the United States published notice of the forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between May 16, 2020 and June 14, 2010, and between May 19, 2020 and June 17, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

AND WHEREAS, service of the Order Substituting Res upon the subject personal properties was executed by an agent of the U. S. Marshals Service, and evidence of service was filed with the Court on June 25, 2020;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject assets identified above and listed in this Court's April 10, 2020 Order Substituting Res.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject assets identified above and listed in the Court's April 10, 2020 Order Substituting Res are hereby forfeited to the United States.

2. That the U.S. Marshals Service is authorized to dispose of said substitute assets in accordance with the law. Any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED this 25 day of September, 2020.

JAMES C. DEVER III
United States District Judge