IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00411-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| STEPHEN CONDON PETERS | ) |

## FINAL ORDER OF FORFEITURE AS TO
## 65% INTEREST IN HARRIS-PETERS, LLC

WHEREAS, on June 21, 2019, the Court entered a Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United States the defendant's interest in, among other property, "Ownership Interest of 65% in Harris-Peters, LLC, held by MEA COR ET SPERO Trust with Amy Peters as the grantor" (hereinafter the "65% LLC Interest"). [D.E. 115, at 6.]

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between April 9, 2021 and May 8, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States provided direct notice to persons reasonably appearing to be potential claimants with respect to the 65% LLC Interest,

1

including Amy Marie Peters and South Dakota Trust Company, LLC, in its capacity as Trustee of the Mea Cor Et Spero Trust;

AND WHEREAS, the South Dakota Trust Company, LLC filed a petition objecting to the forfeiture of the 65% LLC Interest, but subsequently withdrew that petition on behalf of itself as Trustee, the Trust, and its beneficiaries on or about December 11, 2019;

AND WHEREAS, Sharon and Eric Harris, individually and derivatively on behalf of Harris-Peters, LLC, filed a petition objecting, in the alternative, to the forfeiture of the 65% LLC Interest, but pursuant to a settlement agreement with the United States, have expressly consented and agreed to the entry of this Final Order of Forfeiture with respect to the 65% LLC Interest;

AND WHEREAS, the time for filing any claims to the 65% LLC Interest having expired, it appears from the record that no other claims, contested or otherwise, have been filed related to the 65% LLC Interest in the Court's June 21, 2019 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED, and DECREED:

1. That pursuant to Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n)(7), the Preliminary Order of Forfeiture as to the 65% LLC Interest entered on June 21, 2019 is now final;

2. That all right, title, and interest to the 65% LLC Interest is hereby condemned, forfeited, and vested in the United States of America. The United States

2

Case 5:17-cr-00411-D   Document 300   Filed 11/15/21   Page 2 of 3

shall have clear title to the 65% LLC Interest and no other person or entity shall have any right, title, or interest in the 65% LLC Interest.

3. That the United States, by and through any appropriate governmental agency, is authorized to exercise all rights under the 65% LLC Interest and to dispose of the 65% LLC Interest in accordance with the law.

4. That any and all net proceeds from the disposition of the 65% LLC Interest, including net proceeds from the sale of any assets owned by Harris-Peters, LLC and subsequently distributed to the United States for further sale, shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e) in accordance with all orders of this Court.

SO ORDERED this 15 day of November 2021.

JAMES C. DEVER III
United States District Judge

3