IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00411-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| STEPHEN CONDON PETERS | ) |

**FINAL ORDER OF FORFEITURE AS TO CERTAIN PERSONAL PROPERTY**

WHEREAS, on June 21, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(1) and 981(a)(1)(C), and based on the evidence presented by the government therein, the following property was forfeited to the United States, to wit:

xxii. Personal firearms owned in the name of Stephen C. Peters, 5237 Theys Road, Raleigh, NC 27606, including:

a. Colt LE6920 with two magazines; and

b. Benelli Super Vinci, 12 Gauge, 28 inch barrel.

However, these firearms are more specifically described as follows, and this more specific description was used in the publication process on the Government's internet web site www.forfeiture.gov.

a. Colt LE6920 Rifle (with 2 magazines) and attached Aimpoint Micro H-1 Sight and Mount, serial number LE092371, Model LE6920, Caliber: 5.56x45mm; and

1

b. Benelli Super Vinci Shotgun, serial number CH008364E, Caliber: 12 gauge;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between September 14, 2021 and October 13, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the potential petitioner as to the subject property in this criminal forfeiture action is Amy Marie Peters;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on Amy Marie Peters via personal service by an agent of the U.S. Marshals Service on July 9, 2019;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for this subject personal property in this Court's June 21, 2019 Preliminary Order of Forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That pursuant to Fed. R. Crim. P. 32.2(6)(c)(2) and 21 U.S.C. § 853(n)(7), that portion of the Preliminary Order of Forfeiture entered on June 21, 2019, ordering the forfeiture of the above-described firearms, magazines, and attachments identified therein as Items xxii is now final; and

2

2.  That the U. S. Marshals Service (USMS) and/or the Federal Bureau of Investigation (FBI) is authorized to dispose of said personal property in accordance with the law, including destruction.

SO ORDERED this 24 day of January 2022.

_____
JAMES C. DEVER III
United States District Judge