IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-411-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STEPHEN CONDON PETERS, ) | |
| ) | |
| Defendant. ) | |

On November 18, 2022, defendant moved for leave to file a motion under 28 U.S.C. § 2255 in excess of 30 pages [D.E. 308]. Defendant states that his motion under section 2255 will not exceed 60 pages. See id. The motion is granted in part. Defendant may file a motion up to 40 pages. In granting this motion, the court is not stating that any section 2255 motion will be considered timely, particularly given the date that defendant's conviction became final. See [D.E. 304].

SO ORDERED. This 19 day of December, 2022.

JAMES C. DEVER III
United States District Judge