UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00411-D-1

| UNITED STATES OF AMERICA | LIMITED NOTICE OF APPEARANCE |
|---|---|
| v. | |
| STEPHEN CONDON PETERS | |

Pursuant to Local Rule 44.1(b), the Office of the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above-named defendant for the limited purpose of representation as set forth within Standing Order 23-SO-6 in this criminal case.

Furthermore, by filing of this Notice of Appearance, the Office of the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

**ROBERT J. DODSON**
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
**usance.ecfcivil2@usdoj.gov**

by electronically filing the foregoing with the Clerk of Court on May 30, 2025, using the CM/ECF system which will send notification of such filing to the above and/or by email.

Respectfully submitted this 30th day of May, 2025.

G. ALAN DUBOIS
Federal Public Defender

*/s/ Laura S. Wasco*
LAURA S. WASCO
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Laura_Wasco@fd.org
N.C. State Bar No. 34885
LR 57.1 Counsel Appointed