UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00411-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN CONDON PETERS | MOTION TO WITHDRAW AS<br>COUNSEL OF RECORD |

COMES NOW the Office of the Federal Public Defender and hereby respectfully moves this Court for an Order allowing said attorney to withdraw as counsel of record for Stephen Condon Peters. Undersigned counsel was appointed as counsel of record on a limited basis pursuant to Standing Order 23-SO-6. After a thorough review of Mr. Peters's case file for criminal history retroactivity issues, including contemporaneous notice to the defendant of our analysis and conclusions, the undersigned does not intend to present any motions before the court.

WHEREFORE, the Office of the Federal Public Defender respectfully moves this Court for an Order allowing said attorney to withdraw as counsel of record for Stephene Condon Peters.

Respectfully requested this 30th day of May, 2025.

G. ALAN DUBOIS
Federal Public Defender

*/s/ Laura S. Wasco*
LAURA S. WASCO
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Laura_Wasco@fd.org
N.C. State Bar No. 34885
LR 57.1 Counsel
Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

**ROBERT J. DODSON**
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
**usance.ecfcivil2@usdoj.gov**

by electronically filing the foregoing with the Clerk of Court on May 30, 2025, using the CM/ECF system which will send notification of such filing to the above and/or by email; and

STEPHEN CONDON PETERS
REG # 64439-056
**LEGAL MAIL**
FCI PETERSBURG MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
PETERSBURG, VA 23804

by depositing a copy of the foregoing in the U.S. mail.

This the 30th day of May, 2025.

*/s/ Laura S. Wasco*
LAURA S. WASCO
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Laura_Wasco@fd.org
N.C. State Bar No. 34885
LR 57.1 Counsel
Appointed