UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00411-D-1

| UNITED STATES OF AMERICA | ORDER ON MOTION TO WITHDRAW |
| v. | AS COUNSEL OF RECORD |
| STEPHEN CONDON PETERS | |

This matter is before the Court on the Office of the Federal Public Defender's motion to withdraw based upon the limited appointment of counsel pursuant to Standing Order 23-SO-6. For good cause shown, the Court concludes that the Office of the Federal Public Defender should be granted an order allowing leave to withdraw as counsel of record for Mr. Stephen Condon Peters.

WHEREFORE, it is hereby ORDERED that the motion filed by the Office of the Federal Public Defender is allowed and Laura S. Wasco of the Office of the Federal Public Defender is granted leave to withdraw as counsel for Mr. Stephen Condon Peters.

SO ORDERED this _____ day of _____, 2025.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE