FILED: June 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6704
(5:17-cr-00411-D-1; 5:23-cv-00001-D)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

STEPHEN CONDON PETERS,

        Defendant - Appellant.

O R D E R

Stephen Condon Peters seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 motion. We grant a certificate of appealability on the following issue:

Whether Peters's 18 U.S.C. §§ 2, 1028A(a)(1) conviction remains sound following *Dubin v. United States*, 599 U.S. 110 (2023).

By separate order, the clerk's office shall enter a final briefing order. *See* 4th Cir. R. 22(a)(1)(B).

                                                                                                     For the Court

                                                                                                    /s/ Nwamaka Anowi, Clerk