UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17CR00411-001D

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff,    )<br>                               )<br>v.                      )<br>                               )<br>STEPHEN CONDON PETERS,  )<br>        Defendant.    ) | **ORDER GRANTING ACCESS<br>TO SEALED TRANSCRIPT** |

Upon Motion of the United States, and for good cause shown, access to sealed Docket Entry 246, Transcript of Jury Selection, is granted to Assistant United States Attorney Benjamin J. Higgins who is permitted to share the transcript with Mr. Peters' appointed counsel on appeal of his Section 2255 motion, Jaclyn L. Tarlton.

SO ORDERED this __8__ day of August, 2025.

                                                    _/s/ Dever_
                                                    JAMES C. DEVER III
                                                    United States District Judge